DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN TAYLOR,

Appellant,

v.

CAPITAL ONE, N.A.,

Appellee.

No. 2D2025-1335
_____

December 12, 2025

Appeal from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

John Taylor, pro se.

Michael A. Gold of Pollack & Rosen, P.A., Coral Gables, for Appellee.

PER CURIAM.

   Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.